STATE OF NEW JERSEY v. PAYTON TAYLOR.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. MARK BOBB.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY RUTHERFORD.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT DOCK.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE GILL.

May 18, 1982.

Petition for certification denied.